# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

Case Number: 03-3169

PLAINTIFF:
**Carpenters Pension and Annuity Fund of Philadelphia and Vicinity**

vs.

DEFENDANT:
**Matthew Fulton**

For:
Richard J. Defortuna, Esquire
Jennings Sigmond
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA  19106-3683

Received by TALONE & ASSOCIATES to be served on **MATTHEW FULTON, 220 Limeville Drive, Lincoln University, PA 19352**.

I, Gerald Taylor, being duly sworn, depose and say that on the **1st day of June, 2003** at **3:00 pm, I**:

**Individually Served** the within named person with a true copy of the **Summons & Complaint** with the date and hour endorsed thereon by me, pursuant to state statutes.

**Additional Information pertaining to this Service:**
The subject was cooperative and the telephone-number is 610-998-1003.

**Description** of Person Served:  Age: 53,  Sex: M,  Race/Skin Color: Caucasian,  Height: 5'11,  Weight: 200, Hair: Gray,  Glasses: N

I am over the age of 18 and have no interest in the above action.

**Gerald Taylor**
Process Server

Subscribed and Sworn to before me on the 3rd day of June, 2003 by the affiant who is personally known to me.

**NOTARY PUBLIC**

NOTARIAL SEAL
KIMBERLY S. THOMAS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 5, 2006

**TALONE & ASSOCIATES**
**423 South 15th Street**
**Philadelphia, PA  19146-1637**
**(215) 546-6080**

Our Job Serial Number: 2003001527
Ref: N/A

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f